UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

ASSOCIATED ENERGY GROUP, LLC,
A Texas Limited Liability Company,

    Plaintiff,

v.

POWER SERVE (PSI) INC., a Stock Corporation registered in the Philippines,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Associated Energy Group, LLC ("AEG" or the "Plaintiff"), by and through its undersigned counsel, pursuant to 28 U.S.C. §1332, files this its Complaint against Defendant, POWER SERVE (PSI) INC., a Stock Corporation registered in the Philippines, and alleges as follows:

### Jurisdiction, Parties and Venue

1. This is an action for breach of contract related to an unlimited Continuing Corporate Guaranty ("Guaranty") between AEG and POWER SERVE (PSI) INC. dated June 1, 2019 with a balance due, as of October 18, 2021, in the amount of $728,419.21.  A true and correct copy of the Guaranty is attached hereto as **Exhibit 1**.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332, in that there is diversity of citizenship between the Plaintiff and the Defendant, and the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs.

3. AEG is a limited liability company organized and existing under the laws of the State of Texas.  None of the members of AEG are citizens of the Philippines.

FOX ROTHSCHILD LLP

4. POWER SERVE (PSI) INC. ("POWER SERVE"), is a Stock Corporation registered in the Philippines.

5. The Guaranty entered into between the parties provides that it is governed by Florida law and POWER SERVE consents to jurisdiction and venue in Florida federal court. *See* Exhibit 1, ¶ 10.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

### *General Allegations*

7. On June 1, 2019, POWER SERVE executed and delivered the Guaranty in consideration of AEG's agreement to extend credit to PSI AIR 2007 INC. ("PSI AIR") in connection with PSI AIR's purchase of aviation fuel products, related goods and services ("Fuel"). *See* Exhibit 1.

8. By the Guaranty, POWER SERVE unconditionally and irrevocably guaranteed to AEG full payment when due for credit extended to PSI AIR for Fuel. *See* Exhibit 1, ¶ 1.

9. AEG provided Fuel at the request of PSI AIR on several occasions under the agreement between AEG and PSI AIR 2007 INC. dated May 16, 2019 ("Agreement") and invoiced PSI AIR for the Fuel provided ("Invoices"). True and correct copies of the Statement of Account and Invoices for Fuel provided to PSI AIR is attached hereto as **Exhibits 2 and 3**.

10. PSI AIR has failed to pay AEG pursuant to the Agreement and Invoices.

11. PSI AIR currently owes AEG $728,419.21, exclusive of interest, attorneys' fees and costs. *See* Exhibit 2.

12. Despite several demands on the PSI AIR and POWER SERVE (the "PSI Parties") for payment, including by letters to PSI AIR and POWER SERVE on October 7, 2021, PSI AIR

and POWER SERVE have failed and refused to make payment to AEG. A copy of the demand letter (without attachments) dated October 7, 2021 is attached hereto as **Exhibit 4**.

13. As a result of the PSI Parties' breach of the Agreement and Guaranty, including their failure to pay AEG, AEG has been damaged.

14. AEG has retained the undersigned attorneys and has agreed to pay a reasonable fee for its services herein.

15. AEG is entitled to recover its reasonable attorneys' fees and costs in this matter pursuant to the Guaranty and applicable law. See Exhibit 1, ¶ 1.

16. All conditions precedent to this action have been satisfied, have occurred, or have been waived.

## COUNT I – BREACH OF GUARANTY

17. AEG realleges paragraphs 1 through 16 above as if more fully stated herein.

18. The Guaranty is a contract between AEG and POWER SERVE.

19. POWER SERVE materially breached the Guaranty by failing to make payments that were owed to AEG thereunder for Fuel provided to PSI AIR.

20. AEG has suffered damages as a result of POWER SERVE's breach of the Guaranty including, without limitation, the loss of in excess of $728,419.21 in revenue that it has earned, but not received.

WHEREFORE, Plaintiff, Associated Energy Group, LLC, demands entry of final judgment against Defendant POWER SERVE (PSI) INC., for damages, interest, late fees,

attorneys' fees and costs, and such other and further relief as is just and proper.

Dated: October 27, 2021

                **FOX ROTHSCHILD LLP**
                777 South Flagler Drive
                Suite 1700 – West Tower
                West Palm Beach, FL 33401
                Telephone: (561) 804-4419
                Facsimile: (561) 835-9602

                By  *s/Heather L. Ries*
                   Heather L. Ries, Esq.

         *Attorneys for Plaintiff, Associated Energy Group, LLC*